**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

TOMAS HERNANDEZ,

    Plaintiff,

v.                                                           No. 1:11-cv-00822 BB/SMV

JACOB GRANT, et al.,

    Defendants.

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

**Matter to be heard:**          Scheduling a settlement conference

**Date and time of hearing:**      Thursday, January 26, 2012, 10:40 a.m. - 10:55 a.m.

      A telephonic status conference is set for January 26 at 10:40 a.m.  Counsel shall call Judge Vidmar's "Meet Me" line at (505) 348-2357 to connect to the proceedings. Per parties' request to schedule a settlement conference, *see* Joint Status Report and Provisional Discovery Plan [Doc. 11], counsel shall confer with Judge Vidmar to choose a date on which to conduct a settlement conference.  Counsel are reminded to have their calendars available for the hearing.

    **IT IS SO ORDERED.**

                                                                             _____

                                                                   STEPHAN M. VIDMAR
                                                                     United States Magistrate Judge