IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THOMAS HERNANDEZ,

    Plaintiff,

v.                                                                                        No. 11-cv-0822 JAP/SMV

JACOB GRANT, et al.,

    Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:        Thursday, May 23, 2013, at 9:30 a.m.

**Matter to be heard**:  Scheduling a settlement conference.

**IT IS ORDERED, ADJUDGED, AND DECREED** that a status conference is hereby set for Thursday, May 23, 2013, at 9:30 a.m.  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]  Parties shall confer with Judge Vidmar to choose a date on which to conduct a settlement conference.  Parties are reminded to have their calendars available for the hearing.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.